

# CHRIS DANIEL

01-15-00200-CR

HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 10:21:30 AM
CHRISTOPHER A. PRINE
Clerk

March 2, 2015

J DENNIS HESTER
ATTORNEY OF RECORD
402 MAIN STREET, 4TH FLOOR
HOUSTON, TX 77002

Defendant's Name   KRISTINE MARIE MURRELL

Cause No.   1973306

Court·  CRIMINAL COUNTY COURT AT LAW #14

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 02/13/15
**Sentence Imposed Date:** 01/30/15
**Court of Appeals Assignment:** First  Court of Appeals
**Appeal Attorney of Record:** J DENNIS HESTER

Sincerely,

S NORRIS
Criminal Post Trial Deputy

CC.  Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

SERENA WAGNER

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin  P O Box 4651  Houston Texas  77210-4651

Cause No. _197336__

13/995<br>P.2

THE STATE OF TEXAS

Kristine Murrell ____ V. , A/K/A/ _____

_____ District Court / County Criminal Court at Law No. __14__

Harris County, Texas

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On __2/13/15_____ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

☐ MOVES to withdraw

☑ ADVISES the court that he will CONTINUE to represent the defendant on appeal

FILED
Chris Daniel
District Clerk
Time:
FEB 13 2015
By
Harris County, Texas
Deputy

_____
Date

_____
Defendant (Printed name)

Attorney (Signature)
J. Dennis Hester
Attorney (Printed name)
2406 5415
State Bar Number
402 Main St 4th floor Houston TX 77002
Address
713 426-22-44
Telephone Number

The defendant (check all that apply):

☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☐ ASKS the Court to ORDER that a free record be provided to him

☑ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

_____
Defendant (Signature)

Kristine Murrell
Defendant's Printed name

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☑ **IS NOT** indigent at this time

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☐ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

**BAIL IS**

☑ SET at $ _7,500.00_

☐ **TO CONTINUE** as presently set

☐ **DENIED** and is **SET** at **NO BOND** (Felony Only)

DATE SIGNED ___2/13/15___

JUDGE PRESIDING,
____ **DISTRICT COURT /**
**COUNTY CRIMINAL COURT AT LAW NO 14.**
**HARRIS COUNTY, TEXAS**

No Alch/C.S.
Interlock
SCRAM
Report to supervision
No Travel outside of Harris County

CAUSE NO. _1973306_

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
|---|---|---|
| VS. | § | COURT AT LAW NUMBER _14_ |
| _Kristine Merrell_ | § | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☒ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

JAN 3 0 2015

_____
**Judge Presiding**                                      **Date Signed**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_Kristine Merrell_                                        _____
**Defendant**                                             **Defendant's Counsel**

15330 Benson Landing                                      _2407354/_
_____                                 State Bar of Texas ID Number:
Mailing address: Cypress TX 77429

832-453-FILED                                             1221 Studewood St.
_____                                 Mailing address:
Telephone number:        **Chris Daniel**
                         **District Clerk**               7138649000
                                                          Telephone number:
                         **JAN 3 0 2015**

Fax number (if any):     **Time:**_____                 _~ 9006_
                         Harris County, Texas             Fax number (if any):
                         **By**_____
                             **Deputy**

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

CCL Form 22                                               12-04-2012

1st

# APPEAL CARD

3-31-15

Court
14

Cause No.
1973306

### The State of Texas
### Vs

Kristine Marie Murrell

1-30-15

Date Notice
Of Appeal: 2-13-15

Presentation: Vol.____ Pg.____

Judgment: Vol.____ Pg.____

Judge Presiding Mike Fields
Court Reporter Serena Wagner
Court Reporter____
Court Reporter____

Attorney
on Trail N/A

Attorney
on Appeal J. Dennis Hester

Appointed____ Hired ✓

Offense DWF

Jury Trail: Yes____ No ✓

Punishment
Assessed 1 year Prob 1 year, $750 fine, 5 days HCJ AS COF

Companion Cases
(If Known) N/A

Amount of
Appeal Bond $7,500

Appellant
Confined: Yes____ No ✓

Date Submitted
To Appeal Section 3/18/15

Deputy Clerk G. Montero

22/997